# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 11 B 08893 |
| Bocephus Dean McCart | |
| Melissa Jo McCart | Chapter: 13 |
| Debtor(s) | Judge A. Benjamin Goldgar |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532

Bocephus Dean McCart, Melissa Jo McCart, Debtor(s), 25378 W. Muskego Ave, Ingleside, IL 60041

Thomas C. O'Brien, Attorney for Debtor(s), 950 Main Street, Antioch, IL 60002

PLEASE NOTE THAT THE OBLIGATIONS LISTED IN THIS NOTICE WILL BE CONTRACTUALLY DUE ONLY IF THE CASE IS NOT DISCHARGED

1) On 11/14/11, the Standing Trustee issued a Notice of Final Mortgage Cure Amount. That notice stated in part "Pursuant to the plan, all pre-petition obligations of the debtor have been satisfied and the mortgage holder is required to treat the mortgage as reinstated and fully current unless the debtor has failed to make timely payments of post-petition obligations."

2) The Trustee disbursed funds to Bank of America for the pre-petition arrears and the funds were returned to Trustee as the loan was service released to M&T Bank. Accordingly, Creditor has since filed a Transfer of Claim.

3) Creditor M&T Bank has NOT received all of the pre-petition arrears pursuant to the plan. Once the funds that the Trustee is holding are disbursed to the Creditor the pre-petition arrears will be cured.

4) Once the funds that the Trustee is holding are disbursed to the Creditor the Post due will also change.

You are hereby notified that M&T Bank has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the indebtedness pursuant to the terms of the note and mortgage and will be due and owing if the case is dismissed or converted or a discharge is denied.

You are hereby notified that as of 11/14/11, the date of the trustee's notice, under the contractual terms of the note and mortgage, debtor(s) would be due to M&T BANK for the contractual mortgage payment due 10/01/11 through 11/01/11 post-petition mortgage payments, with the 12/01/11 coming due. The current payment amount due each month under the note and mortgage is $1,496.27. As Debtor has failed to maintain post-petition payments and the plan is not intended as a "cure and maintain" plan, the provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts and all post-petition amounts will remain due and owing if the case is dismissed or converted or a discharge is denied.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 02/12/12, M&T BANK's rights to collect these amounts will remain unaffected if the case is dismissed or converted or a discharge is denied.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on January 13, 2012.

  /s/ Maria Georgopoulos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-08439)**

NOTE: This law firm is deemed to be a debt collector.